*Howard H. Widener* for appellant.

*John W. Barrett, District Attorney* (*James Mann* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* WALTER H. CURTIS, Appellant.

*People v. Curtis*, 152 App. Div. 372, affirmed.
(Argued November 25, 1912; decided December 10, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 10, 1912, which affirmed a judgment of the Monroe County Court rendered upon a verdict convicting the defendant of the crime of maintaining a public nuisance.

*Philetus Chamberlain* for appellant.

*John W. Barrett, District Attorney* (*James Mann* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, CHASE and COLLIN, JJ.　Not voting: VANN, J..

---

JOHN C. BROCKELBANK, as Trustee of MADALENA B. MCADAM, Respondent, *v.* GEORGE H. MCADAM, Appellant.

*Brockelbank v. McAdam*, 143 App. Div. 928, affirmed.
(Submitted November 25, 1912; decided December 10, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

March 15, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a written agreement of separation.

*Charles Maitland Beattie* for appellant.

*Thomas E. Rush* and *Montgomery Hare* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.

---

WILLIAM A. RUMPF, Respondent, *v.* CHARLES D. BROWN, Appellant.

*Rumpf* v. *Brown*, 143 App. Div. 920, modified.
(Argued November 25, 1912; decided December 10, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 10, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*C. C. Werner* for appellant.

*James M. E. O'Grady* for respondent.

Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulates to deduct from his recovery the sum of $95.09, with interest from August 22, 1907, in which case the judgment as reduced is affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, CHASE and COLLIN, JJ. Not sitting: WERNER, J.